FILED
AUG 28 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
                    DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| MIKEAL STINE, et al., | Case No. EDCV 08-0251-RGK (MLG) |
| Plaintiff, | |
| v. | ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| LT. TROTTER, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the complaint, the motion to dismiss, and all of the records and files herein and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and ORDERS that the claims involving denial of access to the courts and illegal placement in segregation be DISMISSED with prejudice as to all Defendants. Plaintiff Stine's objections do not support his contention that leave to amend need be granted.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on all parties.

Dated: AUG 28 2008

R. Gary Klausner
United States District Judge