NO JS-6

JS-6 AS TO DFT Oechsle only

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 20 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MIKEAL STINE AND RAYMOND OECHSLE,<br><br>      Plaintiff,<br><br>      v.<br><br>LT. TROTTER, et al.,<br><br>      Defendant. | Case No. EDCV 08-0251-RGK (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that Raymond Oechsle is dismissed as a Plaintiff in this action with prejudice.

Dated: NOV 19 2008

_____
R. Gary Klausner
United States District Judge