FILED
SEP 23 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MIKEAL GLENN STINE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LT. TROTTER, et al., ) <br> ) <br> Defendant. ) <br> ) | Case No. EDCV 08-00251-RGK (MLG) <br><br> ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the complaint, the motion to dismiss, and all of the records and files herein including the Report and Recommendations of the United States Magistrate Judge. The Court accepts and adopts the findings and recommendations of the United States Magistrate Judge in the Report and Recommendations and orders the action be dismissed with prejudice.

Dated: September 22, 2009

_____
R. Gary Klausner
United States District Judge