FILED

SEP 2 3 2009

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6 / ENTER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| MIKEAL GLENN STINE,<br><br>                Plaintiff,<br><br>        v.<br><br>LT. TROTTER, et al.,<br><br>                Defendant.<br> | Case No. EDCV 08-00251-RGK (MLG)<br><br>        JUDGMENT |

    IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: September 22, 2009

_____
R. Gary Klausner
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY